UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA KEPIC | ) | CASE NO. 1:17-CV-2422 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | **ORDER OF REMAND** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of Magistrate Judge James R. Knepp, II, recommending that the Commissioner's decision denying disability insurance benefits be reversed and that the matter be remanded for further proceedings pursuant to 42 U.S.C. § 405(g) because the Commissioner's decision was not supported by substantial evidence. (Doc. No. 14.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

On November 13, 2018, defendant filed a response indicating that there would be no objection to the recommendation of the magistrate judge that the final decision be reversed and that the case be remanded because the decision was not supported by substantial evidence.

1

No objections having been filed, the Court has reviewed the magistrate judge's report and recommendation and accepts and adopts the same. Accordingly, the Court reverses the decision of the Commissioner of Social Security and remands this matter for further proceedings.

**IT IS SO ORDERED**.

Dated: November 15, 2018

        **HONORABLE SARA LIOI**
        **UNITED STATES DISTRICT JUDGE**